435 A.2d 647

Culver v. Costello, Appellant.

Argued March 31, 1981. Charles S. Silver, for appellant; Pamela Fisher, for appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

Order of September 4, 1980 is affirmed.